UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Gary Mitchell<br>   Plaintiff,<br>v.<br>Experian Information Solutions Inc.<br>   Defendant. | CASE NO.<br><br>1:25-cv-03154 -SCG-CCB |

## CORRECTED NOTICE OF ENTRY OF APPEARANCE

Comes now Esther Oise, files this notice of entry of appearance as attorney on behalf of Plaintiff Gary Mitchell in the above styled case and also correct the Defendant's name from Transunion to Experiean information solutions Inc.

This 17th day of September, 2025

Esther Oise<br>
686342<br>
Oise Law Group PC<br>
2635 Governors Walk Blvd<br>
Snellville GA 30078<br>
770895376<br>
9802658981<br>
oiselaw@gmail.com

**CERTIFICATE OF SERVICE**

I, Esther Oise, counsel for Defendant, certify that I have this 17th day of September, 2025 served a copy of the foregoing on the opposing counsel via CM/ECF.

*/s/Esther Oise*
Esther Oise
686342
Oise Law Group PC
2635 Governors Walk Blvd
Snellville GA 30078
770895376
9802658981
oiselaw@gmail.com
