**This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.**

## WAIVER OF SERVICE OF SUMMONS

TO:   THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of:

GARY MITCHELL

I acknowledge receipt of your request that I waive service of a summons in the action of *Gary Mitchell vs. Experian Information Solutions, Inc.*, which is case number 1:25-CV-3154-SCJ, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after  08/26/2025 , or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| 09/24/2025 | /s/ Samuel D. Lack |
| Date | Signature |
| | Printed/Typed Name: Samuel D. Lack |
| | [as Attorney] |
| | Georgia Bar No. 749769    [of Experian Information Solutions, Inc.] |
| | Troutman Pepper Locke LLP |
| | 600 Peachtree Street, Suite 3000 |
| | Atlanta, GA 30308-2216 |
| | Telephone: (404) 885-3000 |
| | Facsimile: (404) 885-3900 |
| | samuel.lack@troutman.com |