**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GARY MITCHELL,<br><br>      Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>      Defendant. | CASE NO. 1:25-cv-03154-SCJ-CCB |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

    **1.** **The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

    Plaintiff Gary Mitchell;

    Defendant Experian Information Solutions, Inc. The ultimate parent company of Experian Information Solutions, Inc. is Experian plc. Experian plc owns one hundred percent (100%) of Experian Information Solutions, Inc. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange; and

Equifax Information Services, LLC.

**2.      The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

(a)   Central Source LLC

(b)   Online Data Exchange LLC

(c)   New Management Services LLC

(d)   VantageScore Solutions LLC

(e)   Opt-Out Services LLC

**3.      The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:**

Samuel D. Lack and the law firm of TROUTMAN PEPPER LOCKE LLP, Attorneys for Experian Information Solutions, Inc.

Plaintiff Gary Mitchell, Pro Se Plaintiff.

Dated: October 27, 2025                    Respectfully submitted,

*/s/ Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, Suite 3000
Atlanta Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
samuel.lack@troutman.com

*Attorney for Defendant Experian Information Solutions, Inc.*

## **LOCAL RULE 7.1D CERTIFICATION**

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1B.

This 27th day of October, 2025.

/s/ *Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of **EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** upon Plaintiff (pro se) by filing with the Court via PACER, which distributes a copy by e-mail to all counsel of record. I hereby certify that I sent a copy of the foregoing document via U.S. First Class Mail to Plaintiff at:

**Gary Mitchell**
**1647 Watersprings Way**
**Dacula, GA 30019**
**Email: gmitch1647@gmail.com**

This 27th day of October, 2025.

/s/ *Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769