## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

GARY MITCHELL,

        Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC.

        Defendant.

CASE NO. 1:25-cv-03154-SCJ-CCB

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through its undersigned counsel, and answers Plaintiff Gary Mitchell's ("Plaintiff") Complaint (the "Complaint") as follows. By adopting the headings set forth in the Complaint for organizational purposes only, Experian does not admit any of the allegations set forth herein. Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below.

## INTRODUCTION

1.    In response to paragraph 1 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"). Experian further admits that the Complaint seeks damages.  Experian denies that it

1

has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

## JURISDICTION

2.      In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 15 U.S.C. § 1681(P), 15 U.S.C. § 1692K(d) and 28 U.S.C. § 1391B(2). Experian states that this is a legal conclusion which is not subject to denial or admission.

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Experian states that this is a legal conclusion which is not subject to denial or admission.

## PARTIES

4.      In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian admits that its principal place of business is located at 475 Anton Blvd., Costa Mesa, CA, 92626. Experian further admits its registered agent is CT Corporation System, 289 S Culver St, Lawrenceville, GA, 30046-4805. Except as specifically admitted, Experian

denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

6.    In response to paragraph 6 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

7.    In response to paragraph 7 of the Complaint, Experian admits that it disburses consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Complaint.

8.    In response to paragraph 8 of the Complaint, Experian states that it is a legal conclusion to which no response is required. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained within paragraph 8.

## **INTRODUCTION**

9.    In response to paragraph 9 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 9 of the Complaint inconsistent therewith. Except as specifically admitted,

Experian denies, generally and specifically, each and every remaining allegation contained therein.

10.    In response to paragraph 10 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 10 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

11.    In response to paragraph 11 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 11 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

12.    In response to paragraph 12 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 12 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

13.    In response to paragraph 13 of the Complaint, Experian denies, generally and specifically, each and every allegation contained within paragraph 13. Experian further denies any noncompliance with the Fair Credit Reporting Act.

### Factual Allegations

14.    In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.    In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.    In response to paragraph 16 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

17.    In response to paragraph 17 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 17 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining

allegation contained therein.

18.    In response to paragraph 18 of the Complaint, Experian admits it sent Plaintiff the results of the dispute indicating the accounts were verified as accurate. Experian denies it reported inaccurate information.

19.    In response to paragraph 19 of the Complaint, Experian admits it sent Plaintiff the results of the dispute indicating the accounts were verified as accurate. Experian denies that any inaccuracies were discovered and denies that it reported any inaccuracies. As to the remaining allegations of paragraph 19, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies.

20.    In response to paragraph 20 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

21.    In response to paragraph 21 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

22.    In response to paragraph 22 of the Complaint, Experian states that it is a legal conclusion to which no response is required. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained within paragraph 22.

23.    In response to paragraph 23 of the Complaint, Experian states that it consists of Plaintiff's own legal conclusions and opinions to which no response is

required. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained within paragraph 23.

24.    In response to paragraph 24 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

25.    In response to paragraph 25 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

26.    In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.    In response to paragraph 27 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

28.    In response to paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

29.    In response to paragraph 29 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

30.    In response to paragraph 30 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

31.    In response to paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

32.    In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

34.    In response to paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

35.    In response to paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

36.    In response to paragraph 36 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

37.    In response to paragraph 37, subsections (a) through (h) of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

38.    In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

39.    In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

40.     In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

41.     In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

42.     In response to paragraph 42 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

43.     In response to paragraph 43 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.  Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

44.    In response to paragraph 44 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

**Defendant Experian refused to provide Plaintiff with Full File Disclosure as Required by Section 1681g of the FCRA**

45.    In response to paragraph 45 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

46.    In response to paragraph 46 of the Complaint, Experian states that it is a legal conclusion to which no response is required. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained within paragraph 48.

47.    In response to paragraph 47 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

48.    In response to paragraph 48 of the Complaint, Experian states that it is a legal conclusion to which no response is required. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained within paragraph 48.

49.    In response to paragraph 49 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

50.    In response to paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

51.    In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

52.    In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.    In response to paragraph 53 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

54.    In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

55.    In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## Experian refused to accept Plaintiff's Consumer Statement as Required by Section 1681i

56.    In response to paragraph 56 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally

and specifically, each and every allegation inconsistent with the document.

57.    In response to paragraph 57 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 57 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

58.    In response to paragraph 58 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

59.    In response to paragraph 59 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

60.    In response to paragraph 60 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

61.    In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

**Failure to Provide Description of Reinvestigation Procedure – Violation of 15 U.S.C. § 1681i(a)(6)(B)(iii)**

62.    In response to paragraph 62 of the Complaint, Experian states that the

allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

63.    In response to paragraph 63 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

64.    In response to paragraph 64 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

65.    In response to paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

66.    In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.    In response to paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

68.    In response to paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered

damages as a result of any act or omission by Experian.

69.    In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that Plaintiff has suffered damages as a result of any act or omission by Experian.

## Count I Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681e(b) (Experian)

70.    In response to paragraph 70 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-69 of the Complaint, above, as though fully set forth herein.

71.    In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

72.    In response to paragraph 72 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

73.    In response to paragraph 73 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

74.    In response to paragraph 74 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

75.    In response to paragraph 75, Experian denies that Plaintiff is entitled to the relief requested.

## Count II Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i(a)(1)(A) (Experian)

76.    In response to paragraph 76 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-75 of the Complaint, above, as though fully set forth herein.

77.    In response to paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

78.    In response to paragraph 78 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

79.    In response to paragraph 79 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

80.    In response to paragraph 80 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

81.    In response to paragraph 81, Experian denies that Plaintiff is entitled to the relief requested.

## Count III Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i(a)(2)(A) (Experian)

82.    In response to paragraph 82 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-81 of the Complaint, above, as though fully set forth herein.

83.    In response to paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

84.    In response to paragraph 84 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

85.    In response to paragraph 85 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

86.    In response to paragraph 86, Experian denies that Plaintiff is entitled to the relief requested.

## Count IV Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i(a)(4) (Experian)

87.    In response to paragraph 87 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-86 of the Complaint, above, as though fully set forth herein.

88.    In response to paragraph 88 of the Complaint, Experian denies the

allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

89.    In response to paragraph 89 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

90.    In response to paragraph 90 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

91.    In response to paragraph 91 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

92.    In response to paragraph 92, Experian denies that Plaintiff is entitled to the relief requested.

## Count V Violation of the Fair Credit Reporting Act
## 15 U.S.C. § 1681i(a)(5)(A) (Experian)

93.    In response to paragraph 93 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-92 of the Complaint, above, as though fully set forth herein.

94.    In response to paragraph 94 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

95.     In response to paragraph 95 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

96.     In response to paragraph 96 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

97.     In response to paragraph 97, Experian denies that Plaintiff is entitled to the relief requested.

## Count VI Failure to Provide Full File Disclosure in Violation of 15 U.S.C. § 1681g

98.     In response to paragraph 98 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-97 of the Complaint, above, as though fully set forth herein.

99.     In response to paragraph 99 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 99 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

100.    In response to paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

18

101.   In response to paragraph 101 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

102.   In response to paragraph 102 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

103.   In response to paragraph 103 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

104.   In response to paragraph 104 of the Complaint, Experian denies that Plaintiff is entitled to the relief requested.

## Count VII Failure to Add Consumer Statement in Violation of 15 U.S.C. § 1681i(c)

105.   In response to paragraph 105 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-104 of the Complaint, above, as though fully set forth herein.

106.   In response to paragraph 106 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 106 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining

19

allegation contained therein.

107.   In response to paragraph 107 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

108.   In response to paragraph 108 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

109.   In response to paragraph 109 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

110.   In response to paragraph 110 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

111.   In response to paragraph 111 of the Complaint, Experian denies that Plaintiff is entitled to the relief requested.

**Count VIII Failure to Provide Description of Reinvestigation Procedure in Violation of 15 U.S.C. § 1681i(a)(6)(B)(iii)**

112.   In response to paragraph 112 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-111 of the Complaint, above, as though fully set forth herein.

113.   In response to paragraph 113 of the Complaint, Experian admits that

Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 113 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

114.   In response to paragraph 114 of the Complaint, Experian admits that Plaintiff purports to characterize a portion of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies each and every allegation of paragraph 114 of the Complaint inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained therein.

115.   In response to paragraph 115 of the Complaint, Experian states that the allegations refer to a document, which speaks for itself. Experian denies, generally and specifically, each and every allegation inconsistent with the document.

116.   In response to paragraph 116 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

117.   In response to paragraph 117 of the Complaint, Experian denies the allegations against it. Experian further denies that Plaintiff is entitled to damages as a result of any act or omission by Experian.

118.   In response to paragraph 118 of the Complaint, Experian denies that Plaintiff is entitled to the relief requested.

## Prayer for Relief

Experian denies that the Plaintiff is entitled to damages or other relief against Experian as set forth in his prayer for relief.

## Response to Demand for Jury Trial

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## THIRD AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff was the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p and Cal. Civ. Code § 1785.33.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

Respectfully submitted, this 27th day of October, 2025.

TROUTMAN PEPPER LOCKE LLP

/s/ *Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404.885.2548
samuel.lack@troutman.com
*Attorneys for Experian*

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1B.

This 27th day of October, 2025.

/s/ *Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of **EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO COMPLAINT** upon Plaintiff (pro se) by filing with the Court via PACER, which distributes a copy by e-mail to all counsel of record.  I hereby certify that I sent a copy of the foregoing document via U.S. First Class Mail to Plaintiff at:

**Gary Mitchell**
**1647 Watersprings Way**
**Dacula, GA 30019**
**Email: gmitch1647@gmail.com**

This 27th day of October, 2025.

/s/ *Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769
